# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**115 RIVER DRIVE CONDOMINIUM ASSOCIATION, INC.,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:08-cv-1560-Orl-31DAB**

**ALLSTATE INSURANCE COMPANY,**

        **Defendant.**

_____/

## ORDER

This matter comes before the Court on the joint Motion to Abate Bad Faith Action (Doc. 10). The parties agree that the Plaintiff's bad faith claim (Count II) is premature, as the underlying breach of contract claim (Count I) has not been resolved. The parties seek abatement of Count II. However, the bad faith claim may never ripen, given that the contract claim could be resolved in favor of the Defendant. In this circumstance, it appears that dismissal of the premature claim is more appropriate than keeping it on the docket, waiting to see if it ever becomes a viable claim. Accordingly, it is hereby

**ORDERED** that the Motion to Abate Bad Faith Action (Doc. 10) is **DENIED.** And the parties are further

**ORDERED TO SHOW CAUSE** by written response not more than ten days from the

entry of this order why the bad faith claim (Count II) should not be dismissed without prejudice, subject to refiling after resolution of the contract claim (Count I).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party