**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**115 RIVER DRIVE CONDOMINIUM ASSOCIATION, INC.,**

        **Plaintiff,**

**-vs-**                                              Case No. 6:08-cv-1560-Orl-31DAB

**ALLSTATE INSURANCE COMPANY,**

        **Defendant.**
_____/

## ORDER

This matter comes before the Court on the response (Doc. 16) to this Court's Order to Show Cause (Doc. 13) filed by the Plaintiff, 115 River Drive Condominium Association.

The Plaintiff contends that the Defendant, its insurer, has beached the contract of insurance (Count I) and acted in bad faith pursuant to Fla. Stat. § 624.155 (Count II). The parties acknowledge that the bad faith claim is premature until the coverage issue – Count I – has been decided. The Court ordered the parties to show cause why the bad faith claim should not be dismissed (without prejudice) until such time as the coverage issue is resolved in the Plaintiff's favor.

In the response, the Plaintiff argues that abatement, rather than dismissal without prejudice, is the modern trend for dealing with prematurely filed bad faith claims. *See*, *e.g.*, *Taylor v. Great American Ins. Co.*, 2005 WL 3233104 (M.D.Fla. 2005) (stating same and citing cases). Upon consideration of the cited cases, the Court agrees that this appears to be the modern trend in this state and will abate rather than dismiss. Accordingly, it is hereby

**ORDERED** that the Order to Show Cause (Doc. 13) is **DISCHARGED**.  And it is further

**ORDERED** that the bad faith claim found at Count II of the Plaintiff's Complaint (Doc. 2) is **ABATED** pending resolution of the breach of contract claim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 26, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party