**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**115 RIVER DRIVE CONDOMINIUM ASSOCIATION, INC.,**

        **Plaintiff,**

**-vs-**     Case No. 6:08-cv-1560-Orl-31DAB

**ALLSTATE INSURANCE COMPANY,**

        **Defendant.**
_____/

# ORDER

This matter comes before the Court on the Motion to Compel Appraisal and Abate Count I (Doc. 30) filed by the Plaintiff. Language in the insurance contract at issue permits either side to demand an appraisal if the parties are unable to agree upon the amount of loss. Relying on this language, but with no further explanation, the Plaintiff seeks to compel an appraisal and abate its breach of contract claim in the interim. The Plaintiff does not explain whether it sought such an appraisal before filing suit, what position the Defendant has taken as to the possible appraisal, or offer a plausible explanation as to why the breach of contract claim should be abated while any

such appraisal occurs.  The Court sees no basis for granting either request.  Accordingly, it is hereby

**ORDERED** that the Motion to Compel Appraisal and Abate Count I (Doc. 30) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 3, 2008.

                                                GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party